UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches © d/b/a
Political Prisoner,
Plaintiff

FILED
NOV - 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Civil No: 2:07-CV-2397 MCE DAD PC

V.

Duane "DOG" Chapman; Dog The Bounty Hunter; Duane Chapman; A & E d/b/a Arts & Entertainment; Walt Disney Co; Hearst Corp; General Electric Co,
Defendant's

Complaint

"42 USC 1983 / TORTURE At FCI Williamsburg / TRO Temporary Restraining order"

Comes now the Plaintiff, Jonathan Lee Riches d/b/a Political prisoner, in pro-se, this suit is a 42 USC 1983, along with 6th/8th amendment violations. Plaintiff seeks 15 million dollars and a Restraining Order Against Defendant. I'm being illegally held in Solitary Confinement Special Housing Unit "shu" at FCI Williamsburg since Oct. 20, 2007. I'm Locked in a Room, by myself for 24 hrs a day. I'm being fed through a food slot. I have no access to my legal mail, I have no stamps anymore, I have no media access, no newspapers, FCI Williamsburg Put me in Solitary because I filed a lawsuit Against FCI Teacher Philip Woolston, this is Revenge Defendants are responsible for. I almost died in here, I did not eat or drink water for 5 straight days, only to be threatened with a feeding tube through my nose. I'm subjected to eating very little food without Nutrition, I have one blanket, no socks, no long sleeve shirt, The vents pump out cold air, I go 17 hrs between meals. FCI Williamsburg froze my prison account. I can't use the Phone, can't buy stamps, no cosmetics, no commissary. I know Defendants plan on Killing me in Solitary, or they ship me to another prison gulag. I'm starving, hungry, I need reading material, it might be awhile before anyone hears from me again. Defendants are collectively Responsible for this and I seek relief of 15 million dollars. Help me

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted

[signature]
Jonathan Lee Riches ©