IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

    Plaintiff,                        No. CIV S 07-2397 MCE DAD P

vs.

DUANE CHAPMAN, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff, a claimed "political prisoner" proceeding pro se, has filed a document entitled "complaint" pursuant to 42 U.S.C. § 1983. Plaintiff has named as defendants Duane Chapman, Walt Disney Company, Hearst Corporation, and General Electric Company. Although plaintiff has obviously named improper defendants in his complaint, he has included therein potentially serious allegations about the conditions of confinement at FCI Williamsburg in Salters, South Carolina. For example, he alleges that he is locked in solitary confinement for twenty-four hours a day, that seventeen hours pass between meals, and that certain defendants are planning on killing him. In an abundance of caution, the court will transfer the matter to the district where plaintiff's claims could be properly brought.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

1 defendants reside in the same State, (2) a judicial district in which a substantial part of the events
2 or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
3 of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
4 no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

5      In this case, plaintiff's claims arise out of Williamsburg County, which is in the
6 District of South Carolina.  Therefore, plaintiff's claim should have been filed in the United
7 States District Court for the District of South Carolina.  In the interest of justice, a federal court
8 may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C.
9 § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

10      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
11 United States District Court for the District of South Carolina.
12 DATED: November 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:9:cm
rich2397.21